[No. 8417–5–III.   Division Three.   May 3, 1988.]

BARBARA CHRISTENSEN, ET AL, *Appellants,* v. GLENN TERRELL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whitman County, No. 29742, Philip H. Faris, J., entered January 30, 1987. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ. Now published at 51 Wn. App. 621.

[No. 19716–9–I.   Division One.   May 4, 1988.]

HELEN MOE MCDONALD, *Appellant,* v. SAFEWAY STORES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–04781–8, Frank H. Roberts, Jr., J., entered December 5, 1986. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Webster and Pekelis, JJ.

[Nos. 18582–9–I; 18679–5–I.   Division One.   May 4, 1988.]

*In the Matter of the Welfare of* Z.S.B.

LORI BALLARD, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

*In the Matter of the Dependency of* Z.S.B.

THOMAS SCOTT BALLARD, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 83–7–00458–4, Patricia H. Aitken, J., entered May 23, 1986. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Coleman and Pekelis, JJ.